No. 11-242. Brandon Dale Woodruff, Petitioner v. Texas.

565 U.S. 977, 132 S. Ct. 502, 181 L. Ed. 2d 347, 2011 U.S. LEXIS 7788.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Sixth District, denied.

Same case below, 330 S.W.3d 709.